1
2
3
4
5
6
7

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Timothy Allen Maldonado, | | |
| | Plaintiff, | No. Civ. S 05-1310 MCE PAN P |
| vs. | | Order |
| Glenn County Jail, et al., | | |
| | Defendants. | |

-oOo-

August 4, 2004, plaintiff requested an extension of time to file an application to proceed in forma pauperis.  August 10, 2005, plaintiff filed the application.

Good cause appearing, plaintiff's request is granted and the August 10, 2005, application is accepted as timely.

So ordered.

Dated:  August 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge