1

2

3

4

5

6

7

8                            United States District Court

9                          Eastern District of California

10

11

12 Timothy Allen Maldonado,

13          Plaintiff,                    No. Civ. S 05-1310 MCE PAN P

14      vs.                              Findings and Recommendations

15 Glenn County Jail, et al.,

16          Defendants.

17                                -oOo-

18      Plaintiff is a California prisoner, without counsel,

19 prosecuting this civil rights action against the Glenn County

20 jail and the Department of Corrections and Rehabilitation[1] in

21 forma pauperis pursuant to 42 U.S.C. § 1983.  This proceeding was

22 referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

23 § 636(b)(1).

24 _____

25      [1]  Plaintiff named the California Department of Corrections as a
   defendant.  Effective July 1, 2005, California abolished the Adult and Youth
26 Authority, of which the Department of Corrections was a part, and created the
   Department of Corrections and Rehabilitation.  Cal. Gov't. Code § 12838.

1    Pursuant to 28 U.S.C. § 1915A I find the complaint fails to
2    state a claim for relief against the Department of Corrections
3    and Rehabilitation.

4    Section 1983 creates a cause of action against any person
5    who, under color of state law, deprives a citizen or person
6    within the jurisdiction of the United Sates of a constitutional
7    right. 42 U.S.C. § 1983.  The state is not a person under section
8    1983 and this extends to "arms of the state."  Will v. Michigan
9    Department of State Police, 491 U.S. 58, 65-66, 70 (1989).

10   The Department of Corrections and Rehabilitation of the
11   state of California is an "arm of the state," see Cal. Gov't.
12   Code § 12838(a), and so it is not a person.

13   For these reasons, I hereby recommend the California
14   Department of Corrections be dismissed.  See Lopez v. Smith, 203
15   F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner proceeding
16   without counsel must be given leave to file amended complaint
17   unless the court can rule out any possibility that the plaintiff
18   could state a claim).

19   Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
20   findings and recommendations are submitted to the United States
21   District Judge assigned to this case.  Within 20 days after being
22   served with these findings and recommendations, plaintiff may
23   file written objections.  The document should be captioned
24   "Objections to Magistrate Judge's Findings and Recommendations."
25   ///
26   ///

The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

　　　　Dated:　January 5, 2006.

　　　　　　　　　　　　　　　　　　　／s／ Peter A. Nowinski
　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　Magistrate Judge