United States District Court

Eastern District of California

Timothy Allen Maldonado,

       Plaintiff,                      No. Civ. S 05-1310 MCE PAN P

  vs.                                   Notice

Glenn County Jail, et al.,

       Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a).  No initial partial filing fee has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust

fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fee is paid.

The clerk of the court shall serve a copy of this notice and a copy of plaintiff's in forma pauperis application upon the Director of the California Department of Corrections and deliver a copy of this notice to the clerk's financial division.

Dated:  January 5, 2006.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge